UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT DEAN HEAGY,

           Petitioner,

    v.

JOHN DOE,

           Respondent.

CASE NO. C13-5394 BHS-JRC

ORDER GRANTING IN FORMA PAUPERIS STATUS

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (ECF No. 5) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 20th day of June, 2013.

                                              J. Richard Creatura
                                              United States Magistrate Judge