UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT DEAN HEAGY,<br><br>          Petitioner,<br><br>   v.<br><br>JOHN DOE,<br><br>          Respondent. | CASE NO. C13-5394 BHS-JRC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (ECF No. 5) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 20th day of June, 2013.

                                            J. Richard Creatura
                                            United States Magistrate Judge