UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT DEAN HEAGY,

        Petitioner,

   v.

STEPHEN D. SINCLAIR,

        Respondent.

CASE NO. C13-5394 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 23. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The Court dismisses this petition as time barred;

(3) No certificate of appealability will be issued; and

(4) This case is closed.

Dated this 2nd day of January, 2014.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER